UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN D. SHIKLES, | : | |
| | : | |
| Plaintiff | : | No. 3:14-CV-0987 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Comissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

**FILED**
**SCRANTON**
DEC 2 2 2014
PER _____
DEPUTY CLERK

## ORDER

**NOW**, this 18th day of December, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff, Robin D. Shikles, disability insurance benefits is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

4. The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**